# EXHIBIT 1

Declaration of Stephenson Teneng

1. I, Stephenson Teneng am currently detained at FCI Victorville II.
2. I arrived at FCI Victorville on June 8, 2018.
3. I am currently seeking asylum in the U.S.
4. I am currently housed in a cell with one other person in E unit.
5. Two days after I arrived, I saw a dentist who examined my teeth. The dentist, a woman, identified some problems with my teeth and gums, including a hole in one tooth. The hole was in a tooth on the left side of my face. She had a form where she noted the hole. She didn't ask if I had pain. At the time I didn't feel any pain.
6. Later that night around 11pm, I began feeling pain on and off. This was Sunday.
7. On Sunday night I told a member of the medical staff who was passing out medications about my pain, but she said "Things don't work like that here." She told me I had to inform officers about the pain and they would inform medical.
8. On Monday afternoon I told an officer about my tooth pain. He told me he would tell

DECL. OF Stephenson Teneng

medical but nothing happened.
9. On monday night I started feeling continous pain from the tooth it was the worst pain

DECL. OF Stephenson Tereng

I felt in my life. I could not sleep on Monday night.

10. On Tuesday I told the medical staff member who was passing out medications about my pain. Her name was Harris. She wrote down my name, and told me she would inform medical.

11. On Wednesday I spoke to another medical staff member who was passing out medications.

12. The same happened on Thursday.

13. On Friday I told a medical staff member that nothing was being done about my pain. At that point, a male medical staff member intervened and told me, "Don't speak to us like that as if we're irresponsible." He told the officer to lock me in my cell. I hadn't sworn, I hadn't yelled, and I wasn't disrespectful. It was loud in the hall because there were lots of detainees, but I only spoke loudly so she could hear me.

14. The officer locked me in my cell. I asked him why, but he just said "Back to your cell" and pushed me on my back toward my cell.

15. I was locked in my cell for nearly an hour. Everyone else was in the day room.

DECL. OF _____

16. At lunch time, 11:30 am the same officer came to my cell to ask if I wanted to eat. I asked him, "How can I eat when I have a toothache?" He said "Whatever" and locked the cell again. They did not bring any food to my cell.

18. ~~After lunch,~~ When other detainees came back to the dayroom, the same officer from before allowed me to come out of my cell.

19. In my time here at Victorville, I have never seen another dentist, I have not been to medical for the toothache, and staff has never given me painkillers.

20. At that time, we did not have access to commissary, ~~so~~ I could not buy painkillers. I stopped asking for help with my toothache. Luckily, the pain started to subside.

21. I still feel pain when I eat on the left side of my mouth. I try to chew using the right side of my mouth.

17. ~~Additionally,~~ After lunch, a lieutenant came to my cell, before I was let out. He asked what happened. ~~He asked~~ I told him I hadn't received any attention for my tooth for almost a week. He told me, "This is a federal prison." ~~He said~~ He said I should be patient or else they'd spray pepper spray into my

DECL. OF _____

1  eyes. He also said I would be sent to
2  ICE to be deported to where I came from,
3  if I didn't calm down. I asked him if
4  5 days without painkillers for a tooth-
5  ache was normal, and he said, "No, it
6  wasn't normal." I was in so much pain I
7  felt that he should deport me, so I could
8  get help in my country. I didn't expect
9  to be sent to prison. I came here as an
10 asylum seeker, seeking liberty. He told me
11 the rules at a federal prison are stricter,
12 than a jail. He left my cell. I told him
13 I wished I could buy painkillers with my
14 money. He left my cell.

17 I, Od Stephenson Tenang, declare under penalty
18 of perjury that the foregoing is true and
19 correct and that this declaration was
20 completed and signed on July 18, 2018 at
21 Victorville, California.

DECL. OF _____

Declaration of Rekha Arulanantham

I, Rekha Arulanantham, declare:

1. I am fluent in English.
2. On July 17, 18, and 19, 2018, I met with immigration detainees at FCI Victorville II.
3. One of the detainees with whom I met was Mr. Stephenson Awah Tenang.
4. After meeting with Mr. Tenang on July 18, I helped him to draft a declaration accounting his experiences at FCI Victorville II in English.
5. Because Mr. Tenang is a fluent English speaker, I did not need to translate the contents of his declaration to him.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on July 31, 2018 in Washington, DC.

Rekha Arulanantham