# EXHIBIT 2

Declaration of Marcel Ngwa
A # 215.670.938
BOP # 05836-461

1. I, Marcel Ngwa, am currently detained by ICE at FCI Victorville II.

2. I arrived at FCI Victorville on June 8, 2018.

3. I am seeking asylum in the US and am waiting to see an asylum officer.

4. I am in E upper housing unit. I share a cell.

5. When we first got here, we didn't have phone access for two weeks. My unit was quarantined for chicken pox and we didn't shower for two days. It started to smell bad in our room. A week ago, I finally got more uniforms.

6. They don't tell us anything about our cases. I have only talked to ICE two times since I have been here.

7. Last week we were able to go to canteen for the first time. But I wanted to buy a canned drink and I was told only prisoners could.

8. When we got here, we were given a paper about the prison. It listed classes. I told ICE I wanted to take classes to improve my reading and writing like I saw on the paper and they said sorry I couldn't.

9. I am a Presbyterian. I went to church in my country. In the prison we have no church services and I have not been able to see any clergy

DECL. OF Marcel Ngwa

Ex. 2
046

10. When I first got here, I couldn't sleep. There was nothing to do and I would think too much. I only slept about an hour a night. I feel a lot of depression and sadness still.

11. I am feeling a lot of pain around my waist and in my back. I think it is from being stuck in my cell. A week ago we were given a piece of paper with illnesses on it. We were told to check what we had and then we would get medicine. Back pain was not on the list so I asked the nurse. She said I would have to buy something.

12. There is no other form to ask to see the doctor. If there were I would fill it out. We do not have any pens or paper in our cells. We have to ask the guard but they say no or they don't have any.

13. I have not seen the doctor about my back since I have been here. The first day we arrived, we were given an injection. I do not know what it was. We did not have any other exam. During the quarantine a doctor checked us through a window for chicken pox. I had to lift my shirt up and show her my chest, and then my arms, through the window. She did not want to talk to me about my pain.

DECL. OF Marcel Ngwa

②

Ex. 2
047

14. After Two weeks we saw a dentist.

15. No one has asked me if I feel sad, depressed, or suicidal. I would tell them if I did. I still feel depressed because I am in pain and can't ask for help.

16. I speak English, French, and a little bit of Spanish. I have had to translate for other detained people.

I, Marcel Ngwa, declare under penalty of perjury that the foregoing is true and correct and that this declaration was completed and signed on July 20, 2018 at Victorville, California.

DECL. OF  Marcel Ngwa