# EXHIBIT 3

Declaration of Ankush Kumar
BOP: 06021-461

1. I, Ankush Kumar, am currently detained at FCI-Victorville.

2. I arrived here July 16, 2018 from San Luis detention center.

3. I am from India and am seeking asylum in the U.S. I am Punjabi.

4. On July 22, 2018 in the evening, I started having really bad pain in my kidneys. I have a history of kidney stones and took medicine in India to manage them. I do not get the medicine here.

5. I pushed the emergency button in my cell and told the officer it was an emergency. I speak limited English as I studied engineering for two years in India. The officer told me to put a towel in hot water on my abdomen.

6. The next morning I went to the clinic and told them I was in pain. There is a Punjabi detainee who is fluent in English and he translated for me. The nurse gave me some pills and sent me back to my building.

7. Around 1:30 on July 23, an ICE officer came and drove me to a hospital in his vehicle. I was in

(1)

Ankush Kumar

DECL. OF

Ex. 3
050

handcuffs connected to a waist chain and my ankles were cuffed together, like a prisoner.

8. At the hospital, I was chained to the bed the entire time. The handcuffs were tight.

9. The hospital gave me medication that helped with the kidney stone. I was given three days' worth of pills.

10. Yesterday July 26, I ran out of pills and was in a lot of pain, all day long. Last night walking back from dinner, I saw the nurse and told her I was in a lot of pain. Today I got pills for my pain.

11. This declaration was read to me in Punjabi.

I declare under penalty of perjury that the foregoing is true and correct. Completed July 27, 2018 in Victorville, California.

X _Ankush_
Ankush Kumar

(2)

DECL. OF Ankush Kumar

Ex. 3
051

I, Jagtar Sandhu, declare:

1. I am fluent in Punjabi and English.
2. On July 27, 2018, I provided interpretation services to Corene Kendrick when she was meeting with detainees at FCI Victorville.
3. I provided interpretation services for Corene Kendrick when she met with:
   a. Mr. Ankush Kumar
   b. Mr. Atinder Paul Singh
   c. Mr. Gurjinder Singh

   all of whom speak Punjabi.
4. I communicated the contents of Mr. Kumar's declaration to him by accurately translating from English to Punjabi.
5. I communicated the contents of Mr. A.P. Singh's declaration to him by accurately translating from English to Punjabi.
6. I communicated the contents of Mr. G. Singh's declaration to him by accurately translating from English to Punjabi.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct, and this declaration

DECL. OF Jagtar Sandhu

(1)

was executed on July 31, 2018 in Victorville, California.

*Jagtar Sandhu*

DECL. OF Jagtar Sandhu

②