# EXHIBIT 11

1. My name is Roger Padilla-Flores. I am currently housed at FCI Victorville. I arrived here June 8, 2018 from Texas. My A number is 205513933 and my BOP booking number is 05911-461.

2. I am 25 years old and from Honduras.

3. At Victorville I am housed at Housing Unit A in a double cell. The first three days I was here, we were constantly locked in our cells 24 hours a day. We were told to bathe ourselves in the sinks in our cells and could not shower. For the first month I was here, every weekend we were on 24 hour lockdown and not allowed out of our cells.

4. I have a medical condition called gastritis. It causes severe burning stomach pain. In Honduras, a doctor prescribed me a liquid and pills that helped manage the symptoms.

5. I have not been given any medication here ~~~~~~~~~~ and I am experiencing a lot of stomach pain. I have lost about 10 pounds due to the pain and not getting enough food.

(1)

DECL. OF Roger Padilla-Flores.

6. There are no written forms to ask for medical care. I do not know how to ask for medical care. I was given no information or handbook here.

7. There are buttons in the cells that we can push in cases of emergency. About two weeks ago my stomach hurt so bad that I pushed the button. The officer asked me what was the problem. I told him and he said that ~~[scribbled out]~~ "mañana" (tomorrow) they would help me. That did not happen the next day.

8. I was not seen by medical staff after this. The guards tell us not to push the button, and we will only be seen by medical if we are dying. One officer said, "Don't be a dumbass" and told me to not push the button again.

9. This was read to me in Spanish.

I swear under penalty of perjury that the foregoing is true, and within my personal knowledge. Signed July 11, 2018 in Victorville, CA.

X [signature]
Roger Padilla-Flores

(2)

DECL. OF Roger Padilla-Flores

Ex. 11
096

I, Claudia Ceseña, declare:

1. I am fluent in Spanish and English.

2. On July 10-11, 2018, I provided interpretation services to Corene Kendrick when she was meeting with detainees at FCI Victorville. I provided interpretation services for these detainees who speak Spanish:

Berrios-Banegas, Emerson

Escoto-Cortez, Marlon

Padilla-Flores, Roger

4. I communicated the contents of the detainees' declarations to them by accurately translating from English to Spanish.

5. On July 17-18, 2018, I provided interpretation services to Rekha Arulanantham when she was meeting with detainees at FCI Victorville. I provided interpretation services for these detainees who speak Spanish:

Padilla-Flores, Roger

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on July 30, 2018 in Berkeley, CA.

Claudia Ceseña