# EXHIBIT 14

① My name is Vakil Singh. I am currently detained at FCI Victorville. My A number is 215 666 749. My BOP number is 06286-461.

② I arrived at Victorville on June 8, 2018. I arrived here on a bus with many immigrants.

③ I am from India. My native language is Hindi. I also speak and understand Punjabi. I do not speak or understand English.

④ I am seeking asylum in the United States. I have not yet had an asylum interview or spoken to an immigration judge.

⑤ When I first arrived at Victorville I was given a medical exam that included general questions about my health. That medical interview was conducted by a woman but I do not know if she was a doctor or nurse. For that interview, she used another Hindi speaking detainee to translate.

⑥ After 14 days, I had a medical exam where they examined my ears, throat, heart. The exam was

DECL. OF _____Vakil Singh_____

①

done by a nurse and she used another Hindi speaking detainee to translate. I have not had any medical issues since then.

(7) I am feeling very depressed. I have never been in a jail before and I wonder why I am here so long. Others who came after me have already left the prison.

(8) When I first arrived at Victorville I was so confused. I became very stressed. We were not allowed out of our cells for about 20 days.

(9) For about 28 days we did not get new clothes or underwear. We did not go out for meals or outdoor recreation. We took our meals in our cells. I could not sleep during this time.

(10) Now, we only go to outdoor recreation Monday through Friday for one and a half hours. We do not go out on Saturday or Sunday.

(11) We go to a cafeteria for meals three times per day. We are only given five minutes to eat which is not enough time. I am vegetarian and my meal typically includes beans, rice, sometimes a piece of fruit and bread. It is not enough food for me.

DECL. OF _Vakil Singh_

(2)

1  (12)  I am of the Hindu faith. The
2  prison does not offer religious
3  services but a group of people who
4  practice the same faith and I get
5  together to pray some times.
6  (13)  I do not understand English and
7  immigration officials have not
8  provided information in ~~man~~ a language
9  I understand.
10  (14)  There are now books provided to
11  us but they are only in English.
12  ~~Unre~~ There are no classes, programs
13  for us. Recently we were given
14  cards and games in the housing
15  unit. I do not have access to
16  legal materials in the prison.
17  (15)  This was read to me in Punjabi.
18
19
20  I swear under penalty of perjury
21  that the foregoing is true and to
22  the best of my knowledge.
23
24  Signed July 18 2018 in Victorville, CA.
25
26
27  X  VAKIL SINGH
28  Vakil Singh.

DECL. OF _Vakil Singh_

(3)

I, Amarjit Kaur Kohli, declare:

1. I am fluent in Punjabi and English.
2. On July 18, 2018, I provided interpretation services to Victoria Lopez when she was meeting with detainees at FCI Victorville.
3. I provided interpretation services for Victoria Lopez when she met Mr. Vakil Singh, who speaks Punjabi.
4. I communicated the contents of the Mr. Singh's declaration to him by accurately translating from English to Punjabi.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on July 30, 2018 in S. PASADE, California.

Amarjit Kaur Kohli