# EXHIBIT 19

Declaration of Wilber Velasquez Ramirez
aka Wilber Valasquez Ramirez
A# 206·469·902  BOP# 06700·461

1. My name is Wilber Velasquez Ramirez. I am currently detained in ICE custody at FCI Victorville II. BOP spelled my last name Valasquez when I arrived at Victorville, which is incorrect.

2. I arrived at Victorville on June 8, 2018.

3. I do not know the status of my immigration case. I served a 25-day sentence for illegal entry and then was transferred here when I went back into ICE custody. No one has told me anything about my case.

4. I am housed in B unit, lower tier. We recently got a bunch of people moved into B from A unit to make room for new arrivals at the prison, who are now in A unit. I share a cell with one other person.

5. When I arrived at Victorville I was healthy. We did not have any medical exams when we arrived. We just got tested for TB with an injection in our arm.

6. About three weeks ago a nurse passed out a piece of paper asking questions about whether we had ever taken psychiatric medicine and other questions. It was in Spanish and English. Then she picked up the paper. No one has asked me any other questions like this.

7. About a week after we got here, four people in my unit, including me, came down with

DECL. OF Wilber Velasquez Ramirez a/k/a Wilber Valasquez Ramirez

a fever and coughed a lot. My throat got so swollen I could not swallow and you could feel the heat coming off my skin.

8. We tried to talk to the guard and get help. We were told that there weren't any medical consultations unless it was really serious, so we could not have any help.

9. I suffered for five days until the fever went away. I lost weight.

10. I still have not seen a doctor.

11. We only have forms to request something from ICE. We do not have any forms to ask for medical care. The guards have all of the ICE request forms so we have to ask for one.

12. On the weekends we are locked in our cells almost all day.

13. The facility where I did my criminal sentence was better than where I am now. At least there we had cards and games and could move around.

14. Being locked up like this has been psychologically very tough.

15. I, Wilber Velasquez Ramirez, declare under penalty of perjury that the foregoing is true and correct and this declaration was completed and signed on July 20, 2018 at Victorville, California.

DECL. OF Wilber Velasquez Ramirez

2

Ex. 19

I, Elizabeth Biedenharn Jordan, declare:

1. I am fluent in Spanish and English. I am highly proficient in French.
2. On July 19 and 20, 2018, I met with immigration detainees at FCI Victorville II. I met with detainees again at Victorville on July 31, 2018.
3. I met with Mr. Wilber Velasquez Ramirez, Mr. Ousmane Diallo, Mr. Thea Akes, and Mr. Noe Mauricio Granados Aquino.
4. After meeting with each of these men, I helped him to draft a declaration accounting his experiences at FCI Victorville II in English.
5. I communicated the contents of the Mr. Velasquez Ramirez's declaration to him by accurately translating from English to Spanish.
6. I communicated the contents of Mr. Diallo's declaration to him by accurately translating from English to French.
7. I communicated the contents of Mr. Akes' declaration to him by accurately translating from English to French.
8. I communicated the contents of Mr. Granados Aquino's declaration to him by accurately translating from English to Spanish.

I declare under penalty of perjury of the laws of the State of California, and the United States of America that the foregoing is true and correct, and that this declaration was executed on July 31, 2018 in Victorville, California.

_____
Elizabeth Jordan