# EXHIBIT 20

1. My name is Dervi Garcia Perez. I am from Guatemala. I am currently detained at Victorville II. I've been detained here since June 9, 2018. My A# is 205645670.

2. I am waiting to be deported to Guatemala. I arrived to the U.S. on June 4, 2018. When I crossed the border I was badly injured after being thrown from a truck by the driver. At that point, I was arrested by Border Patrol and taken to a holding cell in Agua Prieta, AZ. I was there for a few hours and then taken to a hospital for treatment. I was at the hospital for two hours where they did some xrays and exam of my leg. My leg was not fractured so I was released back to Border Patrol. The hospital gave me medication for pain.

3. Border Patrol transferred me to a jail in Douglas and then Tucson, AZ. Eventually I was taken to an ICE detention facility in Florence, AZ. I was detained there for 3 days before being transferred to Victorville.

4. While I was detained by Border Patrol and ICE, I was given my medication for pain. At Victorville I

DECL. OF Dervi Garcia Perez.

(1)

have not been given medication for pain.

5. The treatment in Florence was very different than at Victorville. They gave us much more food and at least 15 minutes to eat. At Victorville we are only given 5 minutes to eat, not enough time to finish our meals. We are not given enough food at Victorville. For breakfast we are only given a small amount of oatmeal, a packet of powdered milk, a piece of fruit and a piece of bread. I am often hungry soon after meals.

6. In Florence we were not locked in our cells and were allowed to access common areas with televisions and games. Only in the last two weeks at Victorville have we been given access to an outdoor area and access to a common area w/ television and games. We now have access to some books.

7. There was a man in my housing unit who had a serious toothache. He asked for medical attention for eight days but no one came to see him. He had to try to relieve the pain on his own.

DECL. OF Dervi Garcia Perez

(2)

8. I have gastritis and take medication for pain in my stomach. While I was in ICE detention in Florence I was given medicine for gastritis. When I was transfered to Victorville I was allowed to bring my medicine on the bus. The medicine only lasted about 15 days and has not been refilled since I've been detained in Victorville.

9. I'm not sure how to request more medicine or to see a doctor. Most of the people in medical speak English and I can't explain what I need. I've now been detained at Victorville for about 25 days without my medication.

10. I do not know where my property is since I was transfered to Victorville. When I crossed the border I had a bank card, a rosary, cell phones and a hat. I asked an ICE officer and was told my property was lost. Another told me it was in Florence. I would like to have my belongings returned to me.

I swear that the foregoing is true and to the best of my knowledge.
Signed July 18, 2018 in Victorville, CA.

X _(signature)_

Dervi Garcia Perez.

DECL. OF Dervi Garcia Perez

(3)

I, Victoria Lopez, declare:

1. I am fluent in Spanish and English.
2. On July 18, 2018, I met with immigration detainees at FCI Victorville II.
3. One of the detainees I met with was Mr. Dervi Garcia Perez.
4. After meeting with Mr. Garcia Perez, I helped him to draft a declaration about his experiences at FCI Victorville II in English.
5. I communicated the contents of the Mr. Garcia Perez' declaration to him by accurately translating from English to Spanish.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on August 1, 2018 in Washington D.C.

_____

Victoria Lopez