Donald Specter, Cal. #083925
dspecter@prisonlaw.com
Corene T. Kendrick, Cal. #226642
ckendrick@prisonlaw.com
Margot K. Mendelson, Cal. #268583
mmendelson@prisonlaw.com
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA 94710
Phone: (510) 280-2621
Fax: (510) 280-2704

**[ADDITIONAL COUNSEL ON FOLLOWING PAGE]**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| STEPHENSON AWAH TENENG, MARCEL NGWA, ANKUSH KUMAR, GURJINDER SINGH, ATINDER PAUL SINGH, NOE MAURICIO GRANADOS AQUINO, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, KIRSTJEN NIELSEN, Secretary Department of Homeland Security; RONALD D. VITIELLO, Acting Director, Immigration and Customs Enforcement; DAVID MARIN, Field Office Director, Los Angeles Field Office of Immigration and Customs Enforcement; JEFFERSON BEAUREGARD SESSIONS, III, U.S. Attorney General; HUGH J. HURWITZ, Acting Director, Federal Bureau of Prisons, DAVID SHINN, Warden, FCI Victorville Medium Security Prison I/II, in their official capacities only,<br><br>Defendants. | Case Number:<br><br>5:18-cv-01609-JGB-KK<br><br><br>**DECLARATION OF TIMOTHY FOX IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

David C. Fathi, Wash. #24893*
dfathi@aclu.org
Daniel Mach, D.C. #461652**
dmach@aclu.org
Victoria Lopez, Ill. #6275388*
vlopez@aclu.org
Heather L. Weaver, Cal. # 226853
hweaver@aclu.org
**ACLU FOUNDATION**
915 15th St. N.W., 7th Floor
Washington, DC 20005
Phone: (202) 548-6603
Fax: (202) 393-4931

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts

**Admitted *pro hac vice*.

Timothy Fox, Cal. #157750
tfox@creeclaw.org
Elizabeth Jordan, La. Bar Roll No. 35186*
ejordan@creeclaw.org
**CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER**
104 Broadway, Suite 400
Denver, CO 80203
Phone: (303) 757-7901
Fax: (303) 593-3339

*Admitted *pro hac vice*. Not admitted in Colorado

Nancy E. Harris, Cal. # 197042
nharris@meyersnave.com
Ellyn L. Moscowitz, Cal. # 129287
emoscowitz@meyersnave.com
Jason S. Rosenberg, Cal. # 252243
jrosenberg@meyersnave.com
**MEYERS, NAVE, RIBACK, SILVER & WILSON**
555 12th St., Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Anne E. Smiddy, Cal. # 267758
asmiddy@meyersnave.com
**MEYERS, NAVE, RIBACK, SILVER & WILSON**
101 W. Broadway, Suite 1105
San Diego, CA 92101
Telephone: (619) 569-2099
Facsimile: (619) 330-4800

Attorneys for Plaintiffs, on *behalf of themselves and others similarly situated*

I, Timothy P. Fox, declare as follows:

1. I am a member in good standing of the Bars of the States of California and Colorado and the co-founder and co-Executive Director of the Civil Rights Education and Enforcement Center ("CREEC"). Prior to CREEC commencing operations on September 1, 2013, I was a shareholder in the law firm of Fox & Robertson, P.C. I am co-lead counsel for Plaintiffs in this litigation and am providing this declaration of counsel in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

2. The attorneys of CREEC are committed to the vigorous, effective, and efficient prosecution of the interests of Plaintiffs and the proposed class (the "Class") and the subclass.

3. I have been appointed as class counsel in numerous civil rights cases, primarily focusing on disability discrimination cases, including the following: *Vallabhapurapu et al., v. Burger King Corp.*, No. 11-cv-00667-WHA, 2012 WL 5349389 (N.D. Cal. Oct. 29, 2012); *Castaneda, et al., v. Burger King Corp.*, No. 8-cv-04262-WHA, 2010 WL 2735091 (N.D. Cal. July 12, 2010): *Lucas v. Kmart*, No. 99-cv-01923 JLK (D. Colo.); *Moeller v. Taco Bell*, 220 F.R.D. 604 (N.D. Cal. 2004) *as amended at* 2012 WL 3070863 (July 26, 2012); *Rossart v. Developmental Pathways, Inc.*, No. 06CV44709 (Denver Dist. Ct.); *Colorado Cross Disability Coalition v. City and County of Denver*, Civ. Action No. 06-cv-00865-LTB-BNB (D. Colo.); *Commonwealth of Mass. v. E\*TRADE Access, Inc.*, Civil Action No. 03-11206-MEL (D. Mass.); *Colorado Cross-Disability Coalition v. Taco Bell Corp.,* 184 F.R.D. 354, 363 (D. Colo. 1999); *Farrar-Kuhn v. Conoco, Inc.,* Civil Action No. 99-MK-2086 (D. Colo.); *Colorado Cross-Disability Coalition v. Fey Concert Company*, Civil Action No. 97-Z-1586 (D. Colo); *Civil Rights Education and Enforcement Center v. Ashford Hospitality Trust, Inc.*, No. 15-cv-00216 (N.D.

-1-

Cal.); *Civil Rights Education and Enforcement Center v. RLJ Lodging Trust*, 15-CV-0224-YGR (N.D. Cal.); *Reynoldson v. City of Seattle,* No. 2:15-cv-01608 (W.D. Wash.); *Denny v. City and County of Denver,* 2016CV030247 (Denver Dist. Ct.); and *Heinz v. City of Portland*, Case No.: 3:18 cv-00869-HZ (D. Ore.).

4. In addition, CREEC attorneys have been designated as class counsel in two cases challenging conditions of confinement in prisons, *Decoteau v. Raemish*, Civil Action No. 13-cv-03399-WJM-KMT (D. Colo.) and *Langford v. Bullock*, Civil Action No. 6:93-cv-00046-DWM-JCL (D. Mont.).

5. I have received a number of awards and recognition for my work. For example, I and my Co-Executive Director Amy Robertson received the 2012 Award of Excellence from the Colorado Chapter of the American College of Trial Lawyers, the 2007 Impact Fund Award, the 2006 Case of the Year award from the Colorado Trial Lawyers Association, and both Ms. Robertson and I have been honored as Fellows of the Colorado Bar Foundation, a designation bestowed upon no more than five percent of the lawyers in Colorado for "outstanding dedication to the welfare of the community, the traditions of the profession and the maintenance and advancement of the objectives of the Colorado Bar Association."

6. In September of this year, Ms. Robertson and I will receive the Carle Whitehead Memorial Award from the ACLU of Colorado. In 2008, I received The Colorado Bar Association Award of Merit, the association's highest honor, which is given annually to a member for outstanding service to the association, the legal profession, the administration of justice, and the community.

7. Our organization (along with its predecessor, Fox & Robertson) has, in the past decades, handled many large class actions both alone and in conjunction with co-counsel firms. CREEC will commit the funding and staffing that will be required to represent the class to a successful conclusion of this litigation.

8. To my knowledge, CREEC has no conflicts of interest that would

prevent the organization from providing zealous representation of the named plaintiffs and the class.

     I declare under penalty of perjury under the laws of the State of Colorado and of the United States that the foregoing is true and correct, and that this Declaration was executed this 28th day of August 2018, in Denver, Colorado

/s Timothy P. Fox
Timothy P. Fox
*Attorney for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28