Donald Specter, Cal. #083925
dspecter@prisonlaw.com
Corene T. Kendrick, Cal. #226642
ckendrick@prisonlaw.com
Margot K. Mendelson, Cal. #268583
mmendelson@prisonlaw.com
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA 94710
Phone: (510) 280-2621
Fax: (510) 280-2704

**[ADDITIONAL COUNSEL ON FOLLOWING PAGE]**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| STEPHENSON AWAH TENENG, MARCEL NGWA, ANKUSH KUMAR, GURJINDER SINGH, ATINDER PAUL SINGH, NOE MAURICIO GRANADOS AQUINO, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, KIRSTJEN NIELSEN, Secretary Department of Homeland Security; RONALD D. VITIELLO, Acting Director, Immigration and Customs Enforcement; DAVID MARIN, Field Office Director, Los Angeles Field Office of Immigration and Customs Enforcement; JEFFERSON BEAUREGARD SESSIONS, III, U.S. Attorney General; HUGH J. HURWITZ, Acting Director, Federal Bureau of Prisons, DAVID SHINN, Warden, FCI Victorville Medium Security Prison I/II, in their official capacities only, <br><br> Defendants. | Case Number: <br><br> 5:18-cv-01609-JGB-KK <br><br><br> **DECLARATION OF NANCY HARRIS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

David C. Fathi, Wash. #24893*
dfathi@aclu.org
Daniel Mach, _D.C. #461652**
dmach@aclu.org
Victoria Lopez, Ill. #6275388*
vlopez@aclu.org
Heather L. Weaver, Cal. # 226853
hweaver@aclu.org
**ACLU FOUNDATION**
915 15th St. N.W., 7th Floor
Washington, DC 20005
Phone: (202) 548-6603
Fax: (202) 393-4931

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts

**Admitted *pro hac vice*.

Timothy Fox, Cal. #157750
tfox@creeclaw.org
Elizabeth Jordan, La. Bar Roll No. 35186*
ejordan@creeclaw.org
**CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER**
104 Broadway, Suite 400
Denver, CO 80203
Phone: (303) 757-7901
Fax: (303) 593-3339

*Admitted *pro hac vice*. Not admitted in Colorado.

Nancy E. Harris, Cal. # 197042
nharris@meyersnave.com
Ellyn L. Moscowitz, Cal. # 129287
emoscowitz@meyersnave.com
Jason S. Rosenberg, Cal. # 252243
jrosenberg@meyersnave.com
**MEYERS, NAVE, RIBACK, SILVER & WILSON**
555 12th St., Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Anne E. Smiddy, Cal. # 267758
asmiddy@meyersnave.com
**MEYERS, NAVE, RIBACK, SILVER & WILSON**
101 W. Broadway, Suite 1105
San Diego, CA 92101
Telephone: (619) 569-2099
Facsimile: (619) 330-4800

Attorneys for Plaintiffs, on *behalf of themselves and others similarly situated*

I, Nancy Harris, declare as follows:

1. I am an attorney at law admitted to practice before the courts of the State of California and before this Court. I am a Principal and Chair of the Commercial Litigation Practice Group at the law firm of Meyers, Nave, Riback, Silver & Wilson ("Meyers Nave"), and counsel for Plaintiffs in this litigation. I make this declaration in support of Plaintiffs' Motion for Class Certification. If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2. The attorneys at Meyers Nave are committed to the vigorous, effective, and efficient prosecution of the interests of Plaintiffs and the proposed class (the "Class") and the subclass.

3. For more than thirty years Meyers Nave has served public, private, and non-profit organizations located throughout California, as well as clients based in other states who have interests in California. We are a full-service law firm with six offices across California, and provide legal and regulatory expertise to public and private entities. We regularly litigate complex federal litigation cases, including class actions, and as a firm are committed to providing pro bono assistance to underserved populations. I have twenty years of experience in class action and commercial litigation relating to business disputes, regulatory compliance investigations, governmental compliance investigations, and related litigation. I have represented defendants in class action lawsuits, including class certification proceedings.

4. I have committed a substantial amount of my professional endeavors to representing individuals and organizations in seeking the vindication of basic civil rights. I served on the Board of Directors of the Lawyers' Committee for Civil Rights of the Bay Area from 2006 to 2016, and was Co-Chair of the Board from 2008-2012. The Lawyers' Committee is a civil rights and legal services organization that works to advance and promote the legal rights of communities of

color, and low-income persons, immigrants and refugees. In 2010, a team I lead was awarded the Jack W. London Award for Civil Rights Impact Litigation by the Lawyers' Committee. In 2006, a litigation team I co-led at Orrick, Herrington & Sutcliffe representing elderly victims of mortgage fraud was awarded the Founders' Award by the Law Foundation of Silicon Valley.

5. The Meyers Nave lawyers participating in this action include litigators and public law attorneys with more than seventy-years of combined experience representing public agencies and companies in complex litigation and regulatory matters.

6. Meyers Nave has dedicated and will continue to dedicate resources to the representation of this class.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of August, 2018, in Oakland, California.

s/ Nancy Harris
Nancy Harris
*Attorney for Plaintiffs*