# EXHIBIT 1

Declaration of Yoni Santiago Gutierrez Gonzalez
A# 215.669.842
BOP# 05975.461

I, Yoni Santiago Gutierrez Gonzalez, declare:

(1) I am detained in FCI Victorville II. I got here July 16, 2018.

(2) I am seeking asylum in the U.S.

(3) When we arrived at Victorville, we were shackled. We had to take off all of our clothes and be searched. I have also been strip searched two other times after legal visits.

(4) I filled out a form when we first got here asking about my mental health. It was in Spanish. I put that I was depressed and wanted to see a psychologist. I was feeling depressed because of the awful things that had happened to me before I fled to the U.S. No one came to see me about my form.

(5) About 11 days after I arrived, I was finally able to make a call to my mom. She gave me the bad news that my

DECL. OF Yoni Santiago Gutierrez Gonzalez

①

father had been killed in Honduras.

6) I reacted very strongly to the news. I yelled and began to cry and lost control. I couldn't really talk but my friend heard what had happened. Some guards started laughing at me.

7) 5 officials surrounded me. My friend told them that I had just gotten bad news. They took me by the arms and we started walking. I didn't know where we were going.

8) They put me in a little hallway all alone. I was surrounded by 3 officials. About an hour and a half later, a psychologist arrived. She didn't speak Spanish, so she brought along another detainee to translate. I felt really depressed by that point.

9) She asked me what I needed and if I was going to hurt myself. I told her my dad had been killed but I wasn't going to hurt myself.

10) I asked her for aspirin for my heart. I have a history of heart problems. My doctor

DECL. OF Yoni Gutierrez Gonzalez.

in my country told me to avoid strong emotions, because I feel like I am drowning and can't breathe.

(11) No one asked me any questions about my history of heart problems when I got to Victorville and it was not one of the questions on the form.

(12) The psychologist told me she didn't have any aspirin. She promised me a call to my mom that I haven't been able to make. She left and I was left in the hall for another hour and a half.

(13) Three days later I had another appointment. This was with a different woman. She also didn't speak Spanish and another detainee had to translate. This appointment took place in the hallway of my housing unit, A upper, in front of all of my acquaintances. I felt like I had no privacy and didn't answer her questions comfortably. She told me that if I keep asking for the psychologist they were going to put me in isolation.

(14) I have written notes to ICE telling them I don't feel well mentally because of my

DECL. OF Yoni Gutierrez Gonzalez

③

father's death. I asked for more information about my case. I have not gotten more information.

15) I also wrote a letter to the conditions lawyers explaining what had happened to me.

I, Yoni Santiago Gutierrez Gonzalez, declare under penalty of perjury that the foregoing is true and correct and this declaration was completed and signed August 17, 2018 in Victorville, California. This was read to me in Spanish.

Y.S.G.G.

DECL. OF Yoni Gutierrez Gonzalez.

I, Claudia Ceseña, declare:

1. I am fluent in Spanish and English.
2. On August 15, 2018, I provided interpretation services to Nancy Harris when she was meeting with detainees at FCI Victorville.
3. I provided interpretation services for Nancy Harris when she met Mr. Fabio Jose Serrano Solorzano, who speaks Spanish.
4. I communicated the contents of the Mr. Serrano Solorzano's declaration to him by accurately translating from English to Spanish.
5. On August 16, 2018, I provided interpretation services to Elizabeth Jordan when she was meeting with detainees at FCI Victorville.
6. I provided interpretation services for Elizabeth Jordan when she met with the following detainees, all of whom speak Spanish:
    a. Yoni Santiago Gutierrez Gonzalez
    b. Noe Siles
    c. Gabriel Manzanilla Pedron
    d. Alex Armando Villalobos Veliz
7. I communicated the contents of Mr. Gutierrez Gonzalez's declaration to him by accurately translating from English to Spanish.
8. I communicated the contents of Mr. Siles' declaration to him by accurately translating from English to Spanish.
9. I communicated the contents of Mr. Manzanilla Pedron's declaration to him by accurately translating from English to Spanish.
10. I communicated the contents of Mr. Villalobos Veliz's declaration to him by accurately translating from English to Spanish.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on September 5, 2018 in Oakland, California.

_____

Claudia Ceseña