# EXHIBIT 2

# Declaration of Noel Siles

A #

BOP #

1. I, Noel Siles, am currently detained at FCI Victorville II.

2. I arrived at Victorville II on June 12, 2018.

3. I am seeking asylum in the U.S.

4. When I first got here I was strip searched. I had never exposed myself like that and I felt it was a huge violation. I was told to hold my hands behind my head and turn around and show my buttocks to an officer and cough.

5. Since the day I got here I have been really depressed due to my experiences in my country and on the journey to the U.S. The conditions here have made it so much worse. My thoughts race and I think about my family

DECL. OF __Noel Siles__

I cry a lot. And at times I think I want to die.

6. No one has spoken to me about how I'm feeling. I have never received a form that asked how I was feeling. If I would have been offered a form to state that, or an appointment would have told them I was depressed.

7. I developed intense pain in my shoulder for 2 days. I asked a guard for help, he gave me a form to fill out but no one ever collected it. I asked guards for 3 more days to help me but I have not received any response or follow up. I still have pain in my shoulder now. I've also filled out a form requesting medicine and no one has collected it.

8. A detainee in the cell across from me had several episodes

DECL. OF Noel Siles

where he would faint. He later said that it was because he was so depressed. Once he had an episode where he hit his head on the wall. guards came in, shackled him and took him away. When he returned he told me he didn't remember the episode. He kept telling the guards he didn't want to be here. And they threatened to put him in the hole because he drew a picture of his country on the wall.

I, Noel Siles, declare under penalty of perjury that the foregoing is true and correct and that the declaration was completed and signed on August 16, 2018 at Victorville, California.

*[signature]*

I, Claudia Ceseña, declare:

1. I am fluent in Spanish and English.
2. On August 15, 2018, I provided interpretation services to Nancy Harris when she was meeting with detainees at FCI Victorville.
3. I provided interpretation services for Nancy Harris when she met Mr. Fabio Jose Serrano Solorzano, who speaks Spanish.
4. I communicated the contents of the Mr. Serrano Solorzano's declaration to him by accurately translating from English to Spanish.
5. On August 16, 2018, I provided interpretation services to Elizabeth Jordan when she was meeting with detainees at FCI Victorville.
6. I provided interpretation services for Elizabeth Jordan when she met with the following detainees, all of whom speak Spanish:
   a. Yoni Santiago Gutierrez Gonzalez
   b. Noe Siles
   c. Gabriel Manzanilla Pedron
   d. Alex Armando Villalobos Veliz
7. I communicated the contents of Mr. Gutierrez Gonzalez's declaration to him by accurately translating from English to Spanish.
8. I communicated the contents of Mr. Siles' declaration to him by accurately translating from English to Spanish.
9. I communicated the contents of Mr. Manzanilla Pedron's declaration to him by accurately translating from English to Spanish.
10. I communicated the contents of Mr. Villalobos Veliz's declaration to him by accurately translating from English to Spanish.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on September 5, 2018 in Oakland, California.

_____

Claudia Ceseña