# EXHIBIT 3

Declaration of Gabriel Antonio Manzanilla Pedron

A#

BOP#

(1) I, Gabriel Antonio Manzanilla Pedron, am currently detained at FCI Victorville II.

(2) I arrived to FCI Victorville on July 20, 18.

(3) I am seeking asylum in the U.S.

(4) I am currently housed with one other person in Unit A. Before that I was housed with someone I could not communicate with because he did not speak Spanish. Later I got a Spanish speaking person in the cell with me but he was transferred a couple days later. I was alone for 2 weeks after that.

(5) When I first arrived I was stripped searched and injected with something that they did not tell me what it was. I was given a questionaire that asked my current mental state and I checked off that I was depressed

Gabriel Antonio Manzanilla Pedron

DECL. OF

(1)

I have not received any follow up regarding the depression.

6. The first day I arrived to Victorville I had a cough and quickly developed a fever. I asked for medication and to be seen by a doctor and was told it was nothing serious by a guard. Another guard also told me a cough was not severe and I would not be seen.

7. I currently suffer from anxiety, phobia and depression. I no longer ask for medical or mental health because I've asked for medical help and was denied. I am scared to ask for help. I've heard others have been mocked by guards for asking for help or saying they are depressed. One of the guards threatens to lock you up for two days if you claim you are depressed. I've heard a guard tell another detainee that

DECL. OF Gabriel Antonio Manzanilla Pedron

he should have thought about being depressed before he got here.

(8) By phobia I mean that I hate being locked in, or hearing doors locked. It makes me jump, it startles me.

(9) I've had a really hard time here because my thoughts race and I remember some of the horrible things that I've escaped in my country. This place looks like the places I was fleeing. I know it's hard for other people too. I've heard them crying. One time I heard someone saying he was going to kill himself. I don't know what happened to him.

(10) When people were being quarantined due to chicken pox for 21 days at a time, the detainee in the cell in front of mine refused to be quarantined for the second time.

DECL. OF Gabriel Antonio Manzanilla Pedron

(3)

He began to protest and shout that it was a violation of his human rights because he was healthy. He laid on the floor shouting from underneath the door, guards began to yell at him to shut up. Then they came into his cell and pulled him out and tased him. The detainee never threatened the guards. I have not seen him again.

11. There are guards who say nasty things to us. One time a guard called a detainee "güerita" or little blonde girl. Another guard accused a detainee of being a "marero" or gangster which could be very dangerous for him. ǂ

12. Because of all this I am afraid to ask guards for any help when I feel sad or sick.

13. There are no forms to request

DECL. OF

(4)

medical help. You just have to ask the guards.

(14). When I first arrived to Victorville I was completely locked in the cell for 4 days. During that time we did not have access to the showers or to a change of clothes. All the food we were given was frozen.

(15) They began to let us out a little bit more. We got to go to the chow hall but we were only given 3-5 minutes to eat. When we went outside it was only for 30 minutes.

(16) Now we go out for about 2 hours usually after lunch. There is no written schedule.

(17). I've noticed prisoners get to go out for 3 hours at a time. I feel like we are being treated worse than prisoners.

Gabriel Antonio Mazariila Pedron

DECL. OF

(5)

(18) They do count for us at 10:00am, at 4:00pm, and 9:30 right before lights out. I asked a guard why they count us and a guard said that we are not prisoners but we are in a prison and have to follow prison rules. For count we need to be standing in front of the door. I saw a guard threaten to hit somebody because he did not get up fast enough at 9:30 because he was already in bed. The guards also come by in the middle of the night. Their flashlight has woken me up.

(19) We recently started getting about 10 minutes to eat. And we just got a few more sets of cards to play with in the day room. As well as a few novels. I have no radio.

(20) I am a practicing 7th day Adventist Christian. I have practiced this faith for over 20 years. My religious beliefs are sincerely held.

DECL. OF Gabriel Antonio Manzanilla Pedron

(6)

21) Going to church services and participating in group prayer or Bible study is important part of my religious excercise. At Victorville there have not been any church services and we are not allowed to attend any of the prisoners services if they have them.

22) We have tried to meet as a group informally for Bible study and an officer broke us up and told us it was not allowed. Without being able to go to a group meeting or church I feel sad. I told prison staff that I wanted to go to a church and he said I was a prisoner and couldn't go anywhere.

23) My primary language is spanish. Reading the bible in spanish is an important part of my religion. When I first got here there weren't any Bibles. I told

DECL. OF

(7)

the guard I travelled with one and asked if he could get me mine and he said no. When I first got here there was one spanish Bible that another detainee had. When he was transfered he gave it to me. Just last week we got 2 more Bibles. We now have a total of 3 Bibles for about 15 people.

(24) We are also not allowed to sing hymns or prayer songs. This is an important part of my religion but we are not allowed. Last night I heard the guards stop another detainee from singing the songs of his faith. He hit his door as he shouted for him to be quiet.

(25) I've written a letter to complain about the conditions. We have also considered a hunger strike.

I, Gabriel Antonio Manzanilla Pedron, declare under penalty of perjury that the foregoing is true and correct and that this declaration was completed and signed on ~~July~~ August 16, 2018 at Victorville, California

Gabriel Antonio Manzanilla Pedron

DECL. OF

(8)

I, Claudia Ceseña, declare:

1. I am fluent in Spanish and English.
2. On August 15, 2018, I provided interpretation services to Nancy Harris when she was meeting with detainees at FCI Victorville.
3. I provided interpretation services for Nancy Harris when she met Mr. Fabio Jose Serrano Solorzano, who speaks Spanish.
4. I communicated the contents of the Mr. Serrano Solorzano's declaration to him by accurately translating from English to Spanish.
5. On August 16, 2018, I provided interpretation services to Elizabeth Jordan when she was meeting with detainees at FCI Victorville.
6. I provided interpretation services for Elizabeth Jordan when she met with the following detainees, all of whom speak Spanish:
    a. Yoni Santiago Gutierrez Gonzalez
    b. Noe Siles
    c. Gabriel Manzanilla Pedron
    d. Alex Armando Villalobos Veliz
7. I communicated the contents of Mr. Gutierrez Gonzalez's declaration to him by accurately translating from English to Spanish.
8. I communicated the contents of Mr. Siles' declaration to him by accurately translating from English to Spanish.
9. I communicated the contents of Mr. Manzanilla Pedron's declaration to him by accurately translating from English to Spanish.
10. I communicated the contents of Mr. Villalobos Veliz's declaration to him by accurately translating from English to Spanish.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on September 5, 2018 in Oakland, California.

_____

Claudia Ceseña