# EXHIBIT 4

Declaration of Desmond Tenghe
A## 215.672.340
BOP# 06004.461

I, Desmond Tenghe, declare:

① I am detained at FCI Victorville II. I have been here since July 16 2018. I am asking for asylum in the U.S.

② We were shackled for a three-hour bus ride to the prison. The shackles were too tight around my ankles and they hurt. I told an officer and he said "Yes I know" but didn't loosen them.

③ We were strip searched when we arrived. It was embarrassing. I have also been strip searched after a legal visit.

④ In my country, I was locked up and tortured with electrical shocks. I developed an irregular heartbeat, head aches, and chest and back pain.

⑤ I have written two requests for medical attention at Victorville. I got no response so I wrote to ICE saying I needed medical attention. ICE said I needed to request attention through the medical complaint form, even

DECL. OF Desmond Tenghe ①

though I had already made two. I was also told contradictory things about how to drop off my complaint.

(6) I made my complaint two days after I got here. I finally saw a doctor almost 3 weeks later. I also complained about constipation. The doctor laughed at me, said nothing wrong with my heart. When I complained about my digestion he said I don't even have money in my account. He said he'd try to get me some medicine. That was two weeks ago. I haven't gotten any.

(7) I have twice been punished by being locked in my cell for extended periods of time.

(8) The first time was the first day we were here. It was around 3:30 pm and I was lying on my bed. The speaker came on but the announcement wasn't clear, even though I speak English. A guard came by and kicked the door and then locked us in. We were not let out until the next morning. Our dinner was brought to us in our cell. and cursed at us

DECL. OF Desmond Tenghe (2)

9) The next day the officer told us we had to stand up for count. We said we were new and didn't know the rules. He said, "I don't fucking care."

10) Two weeks ago that same guard locked me and another detainee up for arm wrestling. We were not fighting, just playing a game. We were locked in from 6:30 pm till the next morning.

11) I was locked up and tortured at home. I cannot believe I've been locked up in the country I came to for safety.

I, Desmond Tenghe, declare under penalty of perjury that the foregoing is true and correct and I completed and signed this declaration on August 17, 2018, in Victorville, California.

*[signature]*

DECL. OF Desmond Tenghe  ③