# EXHIBIT 5

Supplemental Declaration of
Stephenson Teneng
A# 215.668.621
BOP# 06615.461

1. I, Stephenson Teneng, am currently detained at FCI Victorville II.

2. I have recently been released from quarantine due to chicken pox. I was quarantined for a total of 42 days (21 days each quarantine).

3. During the first quarantine we were locked in our cells 85% of the time. For the second quarantine we were allowed to go into our main hall within the unit for two hours twice a day.

4. During quarantine food was not enough, and people often stayed hungry after eating what they provided us with.

5. Some people had to go into their third quarantine (another 21

DECL. OF Stephenson Teneng

1

days). One person from Cameroon told the unit counselor that if he were made to go into quarantine again he would rather take his life. Someone came to see him a few hours later.

(6.) Quarantine is hard because we do not go out into the yard, do not get fed enough, and sometimes guards come into the cells to search them, and toss things about and throw them away. ~~as they~~

(7.) I received my first haircut since I arrived in June. An inmate is the barber and I had to sign a form allowing him to cut my hair.

(8.) I am still interpreting for other detainees during medical consultations. I interpret for Spanish and French speakers.

DECL. OF Stephenson Toleng

(2)

9. There is a medical request form now. Many of us fill it out stating our issue and our pain level but we do not often get any response. Sometimes when we are seen doctors say we need to purchase medicine ~~using our~~ money from ~~their~~ our own accounts.

10. We are now able to purchase medicine. Sometimes they explain what each medicine does. We are able to buy pain medications, and medicine for stomach relief. We are only able to purchase medicine from our own money at the commisary

11. In order to know what the medication available for purchase is, we have to find a medical staff person to ask what the medicine is.

12. There is one doctor who works in the medical unit. He is

DECL. OF Stephenson Toway

page 3

the one who ordered me to be locked in my cell. Yesterday when I accompanied a detainee to translate for him, the doctor informed him he could be deported because of his medical issues. I've heard other detainees have been told racist things by that same doctor.

(13) In commissary we can only buy food and medicine. We have seen Nike shoes and MP3 players but we were told to get those we have to become a prisoner first. I have seen prisoners wearing the Nike shoes and using MP3 players.

(14) I know there is an educational building. At times we hear announcements for prisoners to go to school and other activities. We don't have access to any of those activities.

DECL. OF Stephenson Tenong

(4)

If I had access to go to school or other activities, I would go.

15. We don't have radios in our cells. Only yesterday some books and magazines were brought in. We are not allowed to bring food back to our cells. I have seen detainees get searched when guards believe they brought food back to their cells.

16. When we first arrived to the prison all of us detainees had to take our clothes off to be searched before we were given our uniforms.

17. There is no written schedule for outside recreation. Sometimes we go out for 2 hours, sometimes 1 hour, one time we went out only for 15 minutes. Once, a guard told me I

DECL. OF Stephenson Teneng

couldn't go outside because I was late.

18. I've seen guards lock people up in their cells as punishment during times when we were supposed to be allowed at.

19. No one came to check on us while we were in quarantine. I only recently learned a lady I've seen in the ~~d~~ chow hall is a psychologist. I've never had an appointment with her.

20. There was a person in quarantine with me who said he was a minor. No one came to check on him. We could hear him crying in his cell. I am worried for him. We tried to get the doctor who was checking for chicken pox to see the minor but the doctor would not see him.

DECL. OF Stephenson Teneng

6

21.) We are locked in our cells every night from about 8:30 pm to 7:30 am the next morning. We are also locked down for count from 3:30 to 5:00 pm everyday. If you decide not to go outside for recreation you will be locked in your cell.

22.) ICE told us we were just here because of housing but they are using prison procedures on us like locking us down and searching us. It feels contradictory.

I, Stephenson Teneng, declare under penalty of perjury that the foregoing is true and correct and that this declaration was completed and signed on August 16, 2018 at Victorville, California.

DECL. OF Stephenson Teneng

7

(23) The commissary form is only in English. You fill the form out the day before commissary. We have commissary one day a week. Once an official tried to translate the form to other languages but it was very confusing. People who used the translated form did not get their order.

I, Stephenson Teneng, declare under penalty of perjury that the foregoing is true and correct and that the declaration was completed and signed on August 16, 2018 at Victorville, California.

DECL. OF Stephenson Teneng