# EXHIBIT 6

Declaration of
Alex Armando Villalobos Veliz
A# 215-671-079
BOP# 06826-461

(1) I, Alex Armando Villalobos Veliz, am currently detained at FCI Victorville II.

(2) I arrived to FCI Victorville on June 12, 2018.

(3) I am seeking asylum in the U.S.

(4) When I was brought to Victorville, it was a 5 or 6 hour bus ride. I was shackled the whole time on my hands, belly, and feet. The shackles hurt me.

(5) When we arrived, we were strip searched. That had never happened to me and I felt bad.

(6) I traveled to the U.S. with my younger brother. He is only 18 years old. They won't put us in the same cell and

DECL. OF _____

we are both really suffering from it. I have asked over and over to be in the same cell with him and the guards tell us no. One said this isn't our house. I have told them that he is suffering and they still don't move us.

7) When I first got here, conditions were really bad. We didn't go outside for weeks. We ate our food in our cells.

8) Then we started to go out a little bit, like 10 minutes at a time, and go to the chow hall. They rushed us really badly in the chow hall. I'd say we had about 2 minutes to eat.

9) About two weeks ago, they started to give us a little more time outside and to eat. Now we go outside about two hours a day and get 5 minutes to eat. We are still locked in our cells all day on Saturday and Sunday. A.A.V.V.

10) I have noticed that the prisoners

DECL. OF _____

get to go outside on Saturdays and Sundays.

11.) In 2011 I developed kidney problems in my country. I took pills every day that my doctor prescribed to me. I brought my pills to the U.S. with me but they were taken away.

12.) When I arrived at Victorville someone interviewed me about my medical conditions. I told them about my kidneys and my prescription. I have not gotten my medication since I got here and I can feel that I am missing it in my kidneys.

13.) I have developed an allergic reaction on my legs, I think from the laundry detergent. I am afraid to tell medical staff about it because I am afraid they will put me in quarantine. I saw this happen to another detainee.

14.) I am also having issues with my eyes, which have gotten red, and with my right hand, which goes numb.

DECL. OF _____

(3)

I have not received any medical attention for any of these issues. My brother and a few other detainees also have their problem with their hand.

(15). I have started getting nosebleeds since I got in Victorville. I have had cold symptoms and when I go to blow my nose I see blood in the tissue. Another detainee told me it might be from the water.

(16). We were told by a guard that we can only push the button in our cells for medical help if we are dying. This was about a month ago when my cellmate was feeling sick. I spoke to the guard to try to get him help.

(17) I moved housing units about a week ago. I am now in Housing Unit A. I noticed some forms to fill out in A for the first time. They are to request medication.

(18). I am a practicing Catholic. I have been my whole life, although my dad is

DECL. OF _____

(4)

pastor for a different church. My religious beliefs are sincerely held.

19) I have been unable to freely practice my religion since I got to Victorville on June 12, 2018.

20) Attending church and doing group prayer and Bible study is a required part of my religion. I have not been able to go to church services for Catholics here in Victorville. We are not allowed to go to church services for prisoners. For the first month and a half here we couldn't do group study. Now we occasionally meet in a cell to read the Bible but we have to get permission first.

21) My primary language is Spanish. I was unable to read the Bible in Spanish for several weeks. At first, when we got Bibles, there were just a few in English and a little bit of Spanish.

22) I was able to get my own Bible in Spanish when I moved to A a week ago.

DECL. OF _____

(5)

23) Not having access to church makes me feel completely locked up. It was even worse when I didn't have a bible. I still feel bad because I haven't been able to do any learning about my faith, which is an important part of going to Catholic mass.

24) I was in process of ~~bei~~ getting baptized when I had to flee to the United States. The process involved consulting with a priest. I feel very distressed not being able to continue this process because getting baptized is a requirement of my religion to conform with God.

25). I also need religious counseling with a priest and to confess. This is an important part of my religion. I would also like counseling due to my situation and all that I went through to come to the United States. I feel stuck and alone without access to a priest.

DECL. OF _____

I, Alex Armando Villalobos Veliz, declare under penalty of perjury that the foregoing is true and correct, and that this declaration was completed and signed on August 16, 2018 at Victorville, California.

*[signature]*

DECL. OF _____

I, Claudia Ceseña, declare:

1. I am fluent in Spanish and English.
2. On August 15, 2018, I provided interpretation services to Nancy Harris when she was meeting with detainees at FCI Victorville.
3. I provided interpretation services for Nancy Harris when she met Mr. Fabio Jose Serrano Solorzano, who speaks Spanish.
4. I communicated the contents of the Mr. Serrano Solorzano's declaration to him by accurately translating from English to Spanish.
5. On August 16, 2018, I provided interpretation services to Elizabeth Jordan when she was meeting with detainees at FCI Victorville.
6. I provided interpretation services for Elizabeth Jordan when she met with the following detainees, all of whom speak Spanish:
    a. Yoni Santiago Gutierrez Gonzalez
    b. Noe Siles
    c. Gabriel Manzanilla Pedron
    d. Alex Armando Villalobos Veliz
7. I communicated the contents of Mr. Gutierrez Gonzalez's declaration to him by accurately translating from English to Spanish.
8. I communicated the contents of Mr. Siles' declaration to him by accurately translating from English to Spanish.
9. I communicated the contents of Mr. Manzanilla Pedron's declaration to him by accurately translating from English to Spanish.
10. I communicated the contents of Mr. Villalobos Veliz's declaration to him by accurately translating from English to Spanish.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on September 5, 2018 in Oakland, California.

_____

Claudia Ceseña