# EXHIBIT 7

Declaration of
Fabio Jose Serrano Solorzano
A# 215-672-568
BOP# 06876-461

1. I, Fabio Jose Serrano Solorzano, am currently detained at FCI Victorville II.

2. I arrived at FCI Victorville on July 20, 2018.

3. I am seeking asylum in the United States. When I arrived in the United States, I was held for ten days at the "hieleras" in San Ysidro. This was a terrifying experience. The conditions were inhumane.

4. I was brought to Victorville on a van. The ride took more than 5 hours; during that time I was shackled on my hands and feet and had a chain around my waist. When I arrived at the Victorville prison I was told that I must stay at the prison for three months. After that I might be moved to the immigration detention center but only if there was space.

5. I have not seen an immigration officer since

DECL. OF Fabio Jose Serrano Solorzano Pg. 1

I arrived at Victorville.

5. There was no medical screening at the time I arrived at Victorville. I was given an injection at that time but was not told what it was for. The person who gave me the injection did not appear to be a medical person. She did not speak Spanish and there was no interpreter.

6. When I was at the Otay Mesa facility, I was seen by a doctor there for pain that I have in my lower abdomen groin area. That doctor told me that I have a hernia and would need an operation.

7. I continue to have severe pain. It is constant and I would rank it as 7 or 8 on a scale of 1-10. I believe this is from the hernia. I asked to see a doctor and saw one about 3 weeks ago. ~~That doctor speaks Spanish but when he saw me he said he was "sick and tired" of seeing people.~~ She did say she would provide me pain medication but I still have not recieved any pain medication. One week later I saw another doctor who said he was sick + tired of seeing me, although it was the first time I'd seen that doctor.

DECL. OF Fabio Jose Serrano Solorzano Pg. 2

8. The guards at the prison are psychologically abusive. ~~They~~ I have heard guards say that we are criminals and will be treated as such. They scream and yell a lot and are very hostile.

9. The guards punish us if we do not comply with thier wishes. One guard locked up all of the detainees because one person turned on a t.v. in the common room.

10. This morning ~~one of the guards~~ an official in a suit told us that he wanted for us to clean our cells. He said he wanted the cells to be really, really clean or he would lock us up for 24 hours. Because the guards do lock us in cells in retaliation I believed he would do so.

11. The experience of being in this prison has been pyschologically abusive. I did not expect to be treated like a criminal. I have become very depressed. I believe I need mental counseling. There are no mental health counselors here, but I would go to one if it was available.

DECL. OF Fabio Jose Serrano Solorzano pg.3

12. Last week I heard a guard threaten another detainee with violence. The other detainee was late to a legal visit and the guard was angry. I heard the guard say to him "If we were outside, I would beat your ass."

13. Until about two weeks we were not provided any outdoor access. Then about two weeks ago, they told us we would have to go outside from Noon to 2 pm. We can either go outside or be locked in our cells during this time. The heat at that time of day is unbearable. There is a small shaded area but not enough seating for everyone to sit in the shade. On some days, but not all, they have allowed us to sit in an air conditioned room during this time.

14. I was originally housed in Unit F. Since I was transferred to Unit A on August 13, I have not been able to place calls. My telephone calls have been blocked. On one prior weekend, all of the people in my unit were blocked from making external calls.

DECL. OF Fabio Jose Serrano Solarzano  Pg. 4

15. I am a Catholic. My faith is important to me. When I was in Nicaragua I attended mass at my church twice a week.

16. About two weeks ago, a group of us tried to gather to pray together and sing hymns. We were told that we could not gather together as a group. We have not been offered to attend any Catholic services. Nor have we been told that there is a priest or pastor who could see us. In the past I would have found it helpful to seek the advice of my priest but I am too desperate now and am only focused on getting my freedom.

17. I have felt very desperate by being imprisoned when I have committed no crime. I believe the guards engage in pyschological abuse. I have considered a hunger strike and would still consider it if we are not treated more humanely.

18. This declaration was read to me in Spanish. I, Fabio Jose Serrano Solorzano, declare under penalty of perjury that the foregoing is true and correct and that this declaration was completed and signed on August 15, 2018 at Victorville, California.

*Fabio Serrano*

DECL. OF
Fabio Jose Serrano Solorzano                pg. 5

I, Claudia Ceseña, declare:

1. I am fluent in Spanish and English.
2. On August 15, 2018, I provided interpretation services to Nancy Harris when she was meeting with detainees at FCI Victorville.
3. I provided interpretation services for Nancy Harris when she met Mr. Fabio Jose Serrano Solorzano, who speaks Spanish.
4. I communicated the contents of the Mr. Serrano Solorzano's declaration to him by accurately translating from English to Spanish.
5. On August 16, 2018, I provided interpretation services to Elizabeth Jordan when she was meeting with detainees at FCI Victorville.
6. I provided interpretation services for Elizabeth Jordan when she met with the following detainees, all of whom speak Spanish:
    a. Yoni Santiago Gutierrez Gonzalez
    b. Noe Siles
    c. Gabriel Manzanilla Pedron
    d. Alex Armando Villalobos Veliz
7. I communicated the contents of Mr. Gutierrez Gonzalez's declaration to him by accurately translating from English to Spanish.
8. I communicated the contents of Mr. Siles' declaration to him by accurately translating from English to Spanish.
9. I communicated the contents of Mr. Manzanilla Pedron's declaration to him by accurately translating from English to Spanish.
10. I communicated the contents of Mr. Villalobos Veliz's declaration to him by accurately translating from English to Spanish.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on September 5, 2018 in Oakland, California.

_____

Claudia Ceseña