# EXHIBIT 8

Declaration of Dominic Ngoh Tebit
A # 215-672-633
BOP # 06968-461

① I, Dominic Ngoh Tebit, am currently detained at FCI Victorville II.

② I arrived at FCI Victorville on July 20, 2018.

③ I am seeking asylum in the U.S.

④ I am currently housed in a cell with one other person in a cell in the prison.

⑤ I have seen a doctor on August 10. She looked at my foot and gave me medicine for a wound on my foot. I also told her that I had bad stomach pain and have gastritisis. She said she would prescribe ~~pain killer~~ pain medication but I have not recieved any pain medication yet.

⑥ This week, after I was moved to Unit A upper, I had a bad experience with a guard. The guard ~~did not~~ yelled at me to get off my bed because I was laying down. He kicked the door of my cell twice while he was yelling at me. I complied

DECL. OF Dominic Ngoh Tebit          Pg. 1

with the guard's request and stood up. This was during the count after lunch time, at about 4 pm.

7) That same day later when it was time for dinner, the guards opened the cells for other people in the unit. My cell was not opened. I asked another detainee to go ask the guard if he would open the door. That detainee came back and told me the guard told him he would not open the door to my cell. My cellmate and I continued to be locked in while others left to go to the dining hall. I was locked in for 30 minutes and was only let out when I pushed the call button. The guard told me I should not press the button unless I am dying. I felt I was locked up for extra time because I was lying on my bed during the count.

8) I have been very stressed and unable to sleep. The small cells remind me of very bad experiences I have had in the past. I am Christian Presbyterian. We were told the available church services were only for Catholics. If I had the option of participating in religious services for my

DECL. OF Dominic Ngoh Tebit     Pg. 2

denomination, I would do so. I think it would be helpful to me.

(9) The quality of the food we are provided is not good. We are not given enough time to eat meals, usually it is less than five minutes. When I eat the food in the dining room it sometimes makes the pain in my stomach worse.

(10) I read and understand English.

I, Dominic Ngoh Tebit, declare under penalty of perjury that the foregoing is true and correct and that this declaration was completed and signed on August 15, 2018 at Victorville, California.

Signed: [signature]

DECL. OF Dominic Ngoh Tebit Pg. 3