UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STEPHENSON AWAH TENENG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | No. CV 18-1609-JGB-KK<br><br>DECLARATION OF SUPERVISORY DETENTION AND DEPORTATION OFFICER IAN HERRERA |

I, Ian Herrera, do hereby declare and state as follows:

1. I am the Acting U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Assistant Field Office Director (AFOD) in the Los Angeles Field Office. The Los Angeles ERO Field Office was responsible for placing immigration detainees at the Bureau of Prison's Federal Correctional Institution (FCI) in Victorville, California (FCI Victorville).

2. I have read the allegations in the Complaint in this lawsuit. I make the following factual statements based on my personal knowledge and my review of the official records of ICE ERO, and, if called as a witness, I could and would testify competently thereto.

3. Upon information and belief, beginning on June 8, 2018, until September 14, 2018, the Federal Bureau of Prisons (BOP) temporarily housed approximately 1,400 detainees for ICE. Currently, there are no ICE detainees at FCI Victorville.

4. Beginning in June 2018, Los Angeles ERO moved the immigration detainees from FCI Victorville to the Adelanto ICE Processing Center (APC) at a rate of approximately 150 detainees per week. Detainees were brought to APC for court

proceedings, for an interview with an asylum pre-screening officer (APSO), or for other purposes and then remained at APC and were not returned to FCI Victorville.

5. Los Angeles ERO use of FCI Victorville to house immigration detainees was temporary. Los Angeles ERO does not intend to use FCI Victorville in the future to house immigration detainees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2018, at Adelanto, California.

_____
Ian Herrera