UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STEPHENSON AWAH TENENG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | No. CV 18-1609-JGB-KK<br><br>DECLARATION OF ASSISTANT DIRECTOR TAE D. JOHNSON |

I, Tae D. Johnson, do hereby declare and state as follows:

1. I am a U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Assistant Director (AD) of Custody Management. Custody Management is responsible for managing ICE's detention operations nationwide.

2. I have read the allegations in the Complaint in this lawsuit. I make the following factual statements based on my personal knowledge and my review of the official records of ICE ERO, and, if called as a witness, I could and would testify competently thereto.

3. ICE's use of FCI Victorville to house immigration detainees was temporary. ICE does not intend to use FCI Victorville in the future to house immigration detainees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2018, at Washington, D.C.

_____
Tae D. Johnson

1