NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
DAVID PINCHAS (SBN 230954)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2920
     Facsimile: (213) 894-7819
     E-mail: david.pinchas@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| STEPHENSON AWAH TENENG, et al., <br><br>      Plaintiffs, <br><br>        v. <br><br> DONALD J. TRUMP., et al., <br><br>      Defendants. | No.  CV 18-1609 JGB (KKx) <br><br> **NOTICE OF SETTLEMENT** <br><br><br> [Hon. Judge Bernal] |

      The parties, by and through their respective attorneys, have reached a settlement, in the above-captioned action.  The settlement resolves the action in its entirety.

//

//

//

//

//

Settlement documents should be filed within the next 30 days.  Therefore, the parties request that all dates currently set in the case be vacated.

Dated:   October 26, 2018                    PRISON LAW OFFICE


                                             _____/s/ *Corene Kendrick*_____
                                             CORENE KENDRICK

                                             Attorneys for Plaintiffs

                                             Respectfully submitted,

Dated:   October 26, 2018                    NICOLA T. HANNA
                                             United States Attorney
                                             DAVID M. HARRIS
                                             Assistant United States Attorney
                                             Chief, Civil Division
                                             JOANNE S. OSINOFF
                                             Assistant United States Attorney
                                             Chief, General Civil Section

                                             */s/ David Pinchas*_____
                                             DAVID PINCHAS
                                             Assistant United States Attorney

                                             Attorneys for Defendants

2