Donald Specter, Cal. #083925
dspecter@prisonlaw.com
Corene T. Kendrick, Cal. #226642
ckendrick@prisonlaw.com
Margot K. Mendelson, Cal. #268583
mmendelson@prisonlaw.com
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA 94710
Phone: (510) 280-2621
Fax: (510) 280-2704

**[ADDITIONAL COUNSEL ON FOLLOWING PAGE]**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| STEPHENSON AWAH TENENG, *et.al*., and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et.al*, in their official capacities only,<br><br>Defendants | Case No. 5:18-cv-01609-JGB-KK<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REOPEN CASE PURSUANT TO COURT ORDER (DOC. 58)**<br><br>JUDGE:    Hon. Jesus G. Bernal<br>CRTRM:    1<br><br>Trial Date:  None Set |

David C. Fathi, Wash. #24893*
dfathi@aclu.org
Daniel Mach, D.C. #461652**
dmach@aclu.org
Victoria Lopez, Ill. #6275388*
vlopez@aclu.org
Heather L. Weaver, Cal. # 226853
hweaver@aclu.org
**ACLU FOUNDATION**
915 15th St. N.W., 7th Floor
Washington, DC 20005
Phone: (202) 548-6603
Fax: (202) 393-4931

*Admitted *pro hac vice*. Not admitted in DC;
practice limited to federal courts

**Admitted *pro hac vice*.

Timothy Fox, Cal. #157750
tfox@creeclaw.org
Elizabeth Jordan, La. Bar Roll No. 35186*
ejordan@creeclaw.org
**CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER**
104 Broadway, Suite 400
Denver, CO 80203
Phone: (303) 757-7901
Fax: (303) 593-3339

*Admitted *pro hac vice*. Not admitted in Colorado.

Nancy E. Harris, Cal. # 197042
nharris@meyersnave.com
Ellyn L. Moscowitz, Cal. # 129287
emoscowitz@meyersnave.com
Jason S. Rosenberg, Cal. # 252243
jrosenberg@meyersnave.com
**MEYERS, NAVE, RIBACK, SILVER & WILSON**
555 12th St., Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Anne E. Smiddy, Cal. # 267758
asmiddy@meyersnave.com
**MEYERS, NAVE, RIBACK, SILVER & WILSON**
101 W. Broadway, Suite 1105
San Diego, CA 92101
Telephone: (619) 569-2099
Facsimile: (619) 330-4800

Attorneys for Plaintiffs, on *behalf of*
*themselves and others similarly situated*

## <u>NOTICE OF MOTION AND MOTION TO REOPEN CASE</u>

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that as soon as the matter may be heard by the above Court, located at Riverside, California, Plaintiffs Stephenson Awah Teneng, Marcel Ngwa, Ankush Kumar, Gurjinder Singh, Atinder Paul Singh, and Noe Mauricio Granados Aquino, on behalf of themselves and all others similarly situated, move pursuant to the Court's October 29, 2018 Scheduling Notice, (Doc. 58), to reopen this case as parties have not been able to consummate a settlement.

Plaintiffs request that the Court schedule a telephonic status hearing at the Court's earliest convenience.

Plaintiffs will agree to dismissal of this case without prejudice upon Defendants' filing with the Court a rescission of the Inter-Agency Agreement (IAA) entered into between the U.S. Immigration and Customs Enforcement and Federal Bureau of Prisons (Doc. 35-1).

The undersigned Counsel for Plaintiffs notified Counsel for Defendants on November 27, 2018 that they intended to file this motion to reopen the case.

Respectfully submitted,


DATED:  November 28, 2018          PRISON LAW OFFICE



                                   By:   /s/ Corene T. Kendrick
                                         Corene T. Kendrick
                                         Attorneys for Plaintiffs, on *behalf of themselves and others similarly situated*